48

655 A.2d 505

**BENEFICIAL CONSUMER DISCOUNT COMPANY,
a Pennsylvania Business Corporation**

v.

**Phillip E. DAILEY and Brenda Dailey, his wife, Appellants.**

Supreme Court of Pennsylvania.

Argued March 8, 1995.

Decided March 28, 1995.

Anne L. Crotty, Laurel Legal Services, Inc., Kittanning, for appellants.

Robert E. Pryde, Kittanning, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.